MICHAEL K. MURRAY (SBN 265785)
LANAK & HANNA P.C.
625 The City Drive South, Suite 190
Orange, CA 92868
Tel: (714) 620-2350 – Ext 339
Fax: (714) 703-1610
Email: mkmurray@lanak-hanna.com

Attorneys for Plaintiff
UNITED STATES FOR THE USE AND
BENEFIT OF TRI-COUNTY DRYWALL
AND INTERIORS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF TRI-COUNTY DRYWALL AND INTERIORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01007-MCE-EFB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation between Plaintiff TRI-COUNTY DRYWALL AND INTERIORS, INC., a California corporation and Defendants K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, and good cause appearing,

///

///

///

///

{2362 21867}

ORDER OF DISMISSAL

372760.1

1 | The above-entitled action is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

{2362 21867}

ORDER OF DISMISSAL

372760.1